FILED
BILLINGS DIV.
2006 JAN 3 PM 1 54
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| KATHY CARSON, | No. 04-35438 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-99-00130-JDS |
| v. | District of Montana, Billings |
| BILLINGS POLICE DEPARTMENT; et al., | ORDER |
| Defendants - Appellees. | |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on Tuesday, January 10, 2006, in Portland, Oregon. Fed. R. App. P. 34(a)(2).

FOR THE COURT

CATHY A. CATTERSON
CLERK OF COURT

By: Howard Horn
Deputy Clerk